IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EURO-PRO OPERATING LLC,

     Plaintiff,

v.

PICK FIVE IMPORTS, INC., d/b/a
MAXI-MATIC USA, and HSN, INC.

     Defendants.

Civil Action No. 1:11-cv-11535-JCB

NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Plaintiff Euro-Pro Operating LLC hereby dismisses without prejudice the above-

identified action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

EURO-PRO OPERATING LLC

By its attorneys,

Dated: January 13, 2012

/s/ Allen S. Rugg_____
Jason M. Honeyman (BBO #547165)
jhoneyman@wolfgreenfield.com
Allen S. Rugg (BBO #674484)
arugg@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel:  617-646-8000
Fax:  617-646-8646

2564199.1

## CERTIFICATE OF SERVICE

       I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                          /s/Allen S. Rugg